## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

Your affiant, US Customs and Border Protection, Border Patrol Agent Intelligence (BPA-I) Antonio Bustamante, being duly sworn, does depose and state the following:

## PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of an application for a search warrant for a mobile home, RV, and Storage Building located in Nogales, Arizona on the premises which are more particularly described in Attachment A (the "Target Property").

2. The application seeks authorization to search for and seize evidence and undocumented aliens described in Attachment B, upon belief there is probable cause that there is evidence of violations of federal criminal law, namely, Alien Smuggling, in violation of 8 U.S.C. § 1324 at the Target Property.

## TRAINING AND EXPERIENCE

1. I have been employed as a Border Patrol Agent Intelligence of the United States Border Patrol assigned to the Tucson Sector Intelligence Unit. I entered on duty with the United States Border Patrol on October 24, 2005. Since September 2020, I have been assigned to the Tucson Sector Intelligence Unit assigned to the Nogales Border Patrol Station in Nogales, Arizona. In this assignment, I collect, analyze, and disseminate strategic and tactical intelligence reports within the Agency and to other law enforcement officials nationwide; update national databases with collected information on non-citizen migrant (NCM) smugglers and narcotic smugglers; utilize a variety of automated information systems for gathering intelligence information and reporting on trends and patterns.

2. As a Border Patrol Agent, I have worked and participated in multiple collateral duties which have enhanced my capabilities as an Agent. I have worked with the Alien Smuggler Identification and Deterrence (ASID) Unit, where I conducted multiple interviews and interrogations for prosecution or dissemination of presentation and field intelligence reports. Prior assignments have included being assigned as a Task Force Officer / Criminal Investigator with the Joint Port Enforcement Group (JPEG)

office of Homeland Security Investigations (HSI) Nogales, AZ. HSI Santa Cruz County High Intensity Drug Trafficking Area (HIDTA) and the Nogales Border Patrol Anti-Smuggling Unit (DISRUPT). I have conducted and participated in several joint inter-agency investigations pertaining to smuggling and distribution of controlled substances. I have investigated, detected, deterred, and apprehended smugglers of humans, narcotics, and illegal contraband by conducting surveillance and undercover investigative operations as well as patrolling the nation's borders.

3. Through my training and experience, I have become familiar with the operations and practices of drug and human smuggling organizations. In particular, I am familiar with the manner and methods used by smuggling organizations to illegally import illegal drugs and smuggle illegal aliens further north into the United States. I am also familiar with tactics employed by smuggling organizations to counter law enforcement techniques.

## PROBABLE CAUSE

4. The Tucson Sector Intelligence Unit assigned to Nogales (SIU/NGL) and the Nogales Border Patrol Targeted Enforcement Unit (NGL/TEU) conducted surveillance on 3160 Silver Hill Drive in Nogales, Arizona. Agents received information that Jose Antonio Banuelos a known smuggler in the Nogales AOR has been using this address to park vehicles being used to smuggle non-citizen migrant (NCM's) (undocumented aliens).

5. On October 1, 2022, agents arrested Jose Armando Damiano pulling a cattle trailer with seven non-citizen migrants. Jose Antonio Banuelos and Karla Yaneth CARRILLO-Flores were arrested in a white F-150. BANUELOS was seen scouting for law enforcement presence.

6. On May 1, 2023, at approximately 10:40 P.M. agents observed a white U-Haul cargo van parked at the Target Property. Agents were able to obtain the license plate bearing Arizona ending in 7396.

7. On May 9, 2023, a black sedan arrived at the Target Property. Two female subjects and one male subject exited the vehicle. The black sedan then backed up to the RV/ mobile home. Agents observed multiple individuals standing behind the vehicle. Agents observed the black sedan exit the property towards Grand Avenue. Agents followed the vehicle to United States

Border Patrol Checkpoint on Interstate 19. Agents arrested two United States Citizens and three non-citizen migrants.

8. On July 9, 2023, at approximately 8:00 P.M. agents conducted surveillance on 3160 Silver Hill (The Target Property). At approximately 8:57 P.M agents observed the brown F350 bearing Arizona license plate ending in 4DH arrive at the residence.
At approximately 9:58 P.M, a white GMC truck pulled into the Target Property hauling an empty midsize utility trailer. At around that time, Agents recognized Jose Antonio Banuelos on the Target Property, walking from the mobile trailer to an RV and large outdoor storage building also located on the Target Property. At approximately 12:24 A.M. (July 10) agents observed BANUELOS and three other subjects start loading the utility trailer and the white GMC truck with a ladder, blowers, gas tank and other items used for landscaping work. Some of these items were retrieved from the storage building.

9. At approximately 12:33 A.M., agents observed BANUELOS walk towards the storage building and return with bright yellow safety vests. The vests were later placed on the head rest of the white GMC. At approximately 2:55 A.M., agents observed a red Ford F150 enter the residence (the Target Property) and park next to the F350.

10. Agents observed the reflection of individuals exciting the RV on the Target Property due to the lighting conditions. At approximately 3:36 A.M., agents observed the white GMC back up to the utility trailer and moments later leave the Target Property with the trailer attached. All three vehicles drove in tandem towards Grand Ave. Agents observed the F350 lead in front of the GMC pulling the utility trailer, and the Ford F150 behind them.

11. Agents were able to obtain the license plate of the utility trailer bearing Arizona ending in 7396. This license plate was previously seen on the U-Haul van parked at this residence. A record check on the license plate ending in 7396 returned to a Ford Transit Van that was reported stolen by U-Haul.

12. At approximately 5:20 A.M., Border Patrol Agents attempted to conduct a vehicle stop on the white GMC on Mile Maker 60 on Highway 82. The vehicle was observed pulling into the Tombstone Livery Stable and coming to an abrupt stop near some mobile homes. The driver and passenger exited the GMC and ran from the truck to evade arrest.

13. Four females were in the back seat of the GMC pushed up against one another trying to conceal themselves. The females were questioned as to their citizenship and admitted to being from the country of Guatemala. None of them possessed any documentation that allowed them to be or remain in the United States legally. The driver of the truck was apprehended after a foot chase and identified as Jesus Adan RUIZ-Cerqueda.

14. Willcox Border Patrol agents marked unit conducted a vehicle stop on the F150 and identified-Richard Alfonso Rodriguez as the driver.

15. Agents observed the F350 and conducted a vehicle stop on the F350. The driver of the vehicle was identified as Jose Antonio BANUELOS. The passenger of the vehicle was later

identified as Adolfo VALDEZ. VALDEZ was observed by agents driving the white GMC truck earlier in the evening.

16. At approximately 10:13 A.M. a Nogales camera operator who was observing the Target Property, advised a heavy-set female subject crawled under the fence and tried to escape from the west side of the Target Property. The camera operator was able to guide agents to the female's location. Agents were able to detain the female subject and was later identified as Karla Yaneth CARRILLO-Flores. CARRILLO-Flores did not have the proper documentation to remain in the United States legally.

17. Interviews were conducted of the four noncitizen migrants who had been apprehended in the GMC.

    Material Witness (1) CHAMALE, Miriam stated she saw additional aliens in multiple trailers (referring to the Target Property). CHAMALE stated she saw weapons on the multiple caretakers and in the trailer (referring to the Target Property). CHAMALE stated at around 03:30ish BANUELOS came into the room and told them all to get ready because they were leaving. Material Witness (2) GUCH, Yenifer stated when they were inside the trailer, they did not give them any food only water and the caretakers would come in the trailer and verbally abuse them. Guch stated she also had visual of weapons in the trailer and smelled like marijuana. Material Witness (3) HERRERA-Contreras, Cleidy stated she was intimidated by Banuelos. She stated he slapped on the face while in the trailer because she refused to obey his orders. Herrera stated she was able to see subjects with weapons in the trailer and had a funky smell like some sort of drug substance. Material Witness (4) REYES, Guillermina stated she observed weapons in the trailer and stated one of the persons who would check on them pointed a handgun to her head because she did not want to give him her phone. (The person she described was able to escape when law enforcement pulled over the GMC).

18. Based on the foregoing, I submit there is probable cause to believe that there is evidence of alien smuggling at the Target Property and to search for items described in Attachment B at the Target Property.

_____
Antonio Bustamante
Border Patrol Agent Intelligence


Electronically Submitted, Subscribed, and Sworn to telephonically this 10th day of July 2023.

_____
BRUCE G. MACDONALD
United States Magistrate Judge